# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Terry, et al., | No. CV-12-02659-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| William Newell, et al., | |
| Defendants. | |

The Court has dismissed all of Plaintiffs' federal claims. Doc. 68. With the federal claims dismissed, the Court must decide whether to retain jurisdiction over Plaintiffs' remaining state law claims against Defendants Lone Wolf Trading Company, L.L.C., Andre L. Howard, and Jane Doe Howard. The state law claims sound in negligence for the wrongful death of Agent Terry.

The relevant statute provides that "[t]he district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c). By **December 3, 2013**, Plaintiffs should file a memorandum addressing whether the Court can and should retain jurisdiction over the state law claims.

Dated this 15th day of November, 2013.

_____
David G. Campbell
United States District Judge