**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Terry, et al., | No. CV-12-02659-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| William Newell, et al., | |
| Defendants. | |

On November 15, 2013, the Court granted a motion to dismiss for lack of jurisdiction filed by Defendant Emory Hurley (Doc. 52) and a motion to dismiss for lack of jurisdiction filed by Defendants William Newell, George Gillett, David Voth, Hope McAllister, Tonya English, and William McMahon (Doc. 53). Doc. 68. In light of *Janicki Logging Co. v. Mateer*, 42 F.3d 561 (9th Cir. 1994), the Court concludes that the case should not have been dismissed for lack of jurisdiction. The Court's conclusions regarding the lack of a viable *Bivens* claim were correct, and the claim was properly dismissed, but it should have been dismissed for failure to state a claim. *See id.* at 563 (finding that the inability to state a cause of action under *Bivens* does not deprive a district court of jurisdiction). The Court will therefore retain jurisdiction over the remaining state and federal claims and cross-claims asserted by the parties.

**IT IS ORDERED** that the Court's order granting Defendants' motions to dismiss (Doc. 68) shall be amended as set forth above.

Dated this 7th day of April, 2014.

_____
David G. Campbell
United States District Judge