JOYCE R. BRANDA
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
STEPHEN E. HANDLER
IL Bar No. 6188141
Senior Trial Counsel
DEBRA R. COLETTI
DC Bar No. 502140
Trial Attorney
Civil Division, Torts Branch
1331 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Telephone:  (202) 616-4279
Facsimile:   (202) 616-5200
E-Mail: stephen.handler@usdoj.gov
E-Mail: debra.coletti@usdoj.gov

*Attorneys for Defendant United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| KENT TERRY, Sr., et al., | ) | Case No. CV-12-02659-PHX-DGC |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **STIPULATION TO EXTEND TIME** |
| v. | ) | **TO CONTINUE MEDIATION** |
| | ) | **(First Request)** |
| WILLIAM NEWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Hon. David G. Campbell) |

Cross-Defendant, the United States of America, Cross-Claimants, Lone Wolf

Trading Company, LLC, and Andre L. Howard, and Plaintiffs, Kent and Josephine

Terry, through their respective counsel, have confirmed the request made to the Court by

the mediator in this matter on February 13, 2015, that the stay of discovery in this case

be extended for two weeks to permit the parties to continue their mediation efforts, the remaining parties in this case hereby stipulate and request that the stay of discovery in this case, which is set to expire on February 13, 2015, be extended until February 27, 2015.

For the foregoing reasons, the parties respectfully request that this Court approve their stipulation.

Dated:  February 13, 2015            Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division


 /s/ Stephen E. Handler
STEPHEN E. HANDLER
E-mail:  stephen.handler@usdoj.gov
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Ave., NW
Room 8070N
Washington, DC  20004
Telephone:  (202) 616-4279
Facsimile:   (202) 616-5200

DEBRA COLETTI
Trial Attorney
E-mail: debra.coletti@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Ave., NW
Room 8080N
Washington, DC  20004
Telephone:  (202) 616-4296
Facsimile:   (202) 616-5200

*Attorneys for the United States of America*

/s/ *Bradley R. Jardine* (by SEH)
BRADLEY R. JARDINE
JARDINE, BAKER, HICKMAN
& HOUSTON, PPLC
3300 North Central Avenue, Suite 260
Phoenix, AZ  85012-2504
Telephone:    (602) 532-5230
Facsimile:    (602) 200-9114
Email:          bjardine@jbhhlaw.com

*Attorneys for Lone Wolf Trading, LLC,*
*and Andre Howard*


/s/ *Patrick J. McGroder III* (by SEH)
PATRICK J. MCGRODER III (No. 002598)
LINCOLN COMBS (No. 025080)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ  85016-9225
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
Email:          pjm@gknet.com
                    Lincoln.combs@gknet.com

*Attorneys for Plaintiffs Kent Terry and*
*Josephine Terry*

**CERTIFICATE OF SERVICE**

I hereby certify that on  February 13, 2015, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

caused the transmittal of a Notice of Electronic Filing to the following CM/ECF

registrants:


Patrick J. McGroder III / Lincoln Combs
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Attorneys for Plaintiffs Kent Terry and Josephine Terry

Bradley R. Jardine
JARDINE BAKER HICKMAN & HOUSTON, PLLC
3300 North Central Avenue, Suite 260
Phoenix, AZ 85012-2504

Attorneys for Defendants Lone Wolf Trading, LLC, Andre Howard and
June Doe Howard

Richard Tolles
MORRIS POLICH & PURDY, LLP
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101

Attorneys for Defendant Emory Hurley

Timothy P. Garren
6430 Hitt Avenue
McLean, VA  22101

Attorney for Defendant Emory Hurley

Kathleen L. Wieneke
Amy L. Nguyen
Nicholas D. Acedo
STRUCK, WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Attorneys for Defendant William Newell, George Gillett, David Voth,
Hope MacAllister, Tonya English, and William McMahon


*/s/ Stephen E. Handler*
Stephen E. Handler