Patrick J. McGroder III  (No. 002598)
Lincoln Combs  (No. 025080)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:   pjm@gknet.com
             lincoln.combs@gknet.com

Attorneys for Plaintiffs Kent Terry, Sr.
and Josephine Terry

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| KENT TERRY, Sr., et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LONE WOLF TRADING COMPANY, LLC, et al.,<br><br>　　　　　　Defendants. | Case No.  CV-12-02659-PHX-DGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS LONE WOLF TRADING COMPANY, LLC, ANDRE L. HOWARD, AND JANE DOE HOWARD**<br><br>(Assigned to the Honorable David G. Campbell) |

The claims between Plaintiffs and Defendants Lone Wolf Trading Company, LLC, Andre L. Howard, and Jane Doe Howard having been resolved by settlement, the parties, by and through their respective counsel of record, do hereby stipulate to the dismissal with prejudice of Defendants Lone Wolf Trading Company, LLC, Andre L. Howard, and Jane Doe Howard only in the above referenced matter.

RESPECTFULLY SUBMITTED this 20th day of March, 2015.

GALLAGHER & KENNEDY, P.A.

By  /s/ *Lincoln Combs*
   Patrick J. McGroder III
   Lincoln Combs
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225
   Attorneys for Defendants Kent Terry,
   Sr. and Josephine Terry

JARDINE BAKER HICKMAN & HOUSTON, PLLC

By /s/ *Mike Warzynski* (with permission)
   Bradley R. Jardine
   Mike Warzynski
   3300 N. Central Avenue, Suite 2600
   Phoenix, Arizona 85012
   Attorneys for Defendants Lone Wolf
   Trading Company and
   Andre Howard

U.S. DEPARTMENT OF JUSTICE

By /s/ *Stephen E. Handler* (with permission
   Stephen E. Handler
   Debra R. Coletti
   P.O. Box 888
   Washington, DC 20044
   Attorneys for Defendant United States
   of America as to Cross-Claim of Lone
   Wolf Trading Company and
   Andre Howard