# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| KENT TERRY, Sr., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LONE WOLF TRADING COMPANY, LLC, et al.,<br><br>Defendants. | Case No.  CV-12-02659-PHX-DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS LONE WOLF TRADING COMPANY, LLC, ANDRE L. HOWARD, AND JANE DOE HOWARD** |

Having reviewed the stipulation of the parties (Doc. 162),

**IT IS ORDERED** that the stipulation of the parties (Doc. 162) is **granted.** Defendants Lone Wolf Trading Company, LLC, Andre L. Howard, and Jane Doe Howard only are dismissed with prejudice from this action.

Dated this 20th day of March, 2015.

_____
David G. Campbell
United States District Judge