Bradley R. Jardine, #005657
Michael Warzynski, #012928
**JARDINE, BAKER, HICKMAN & HOUSTON, P.L.L.C.**
3300 North Central Avenue, Suite 2600
Phoenix, Arizona 85012
Telephone: (602) 532-5230; (602) 532-5248
E-mail: bjardine@jbhhlaw.com/ mwarzynski@jbhhlaw.com

*Attorney for Defendants Lone Wolf Trading Company, L.L.C. and Andre L. Howard*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Terry, Sr., and Josephine Terry, in their individual capacities as the parents of Brian A. Terry, deceased, and as pending applicants to be co-Personal Representatives of the Estate of Brian A. Terry; and Julie Epperson, in her official capacity as the Personal Representative of the Estate of Brian A. Terry,<br><br>Plaintiffs,<br><br>v.<br><br>William Newell and Jane Doe Newell, a married couple; George Gillett and Jane Doe Gillett, a married couple; David Voth and Jane Doe Voth, a married couple; Hope MacAllister and John Doe MacAllister, a married couple; Tonya English and John Doe English, a married couple; William McMahon and Jane Doe McMahon, a married couple; Emory Hurley and Jane Doe Hurley, a married couple; Lone Wolf Trading Company, L.L.C., an Arizona limited liability company; and Andre L. Howard and Jane Doe Howard, a married couple,<br><br>Defendants. | Case No. CV-12-02659-PHX-DGC<br><br>**STIPULATED NOTICE OF SETTLEMENT** |

Case 2:12-cv-02659-DGC   Document 164   Filed 04/14/15   Page 2 of 4

Cross-Claimants Lone Wolf Trading Company, L.L.C. and Andre L. Howard ("Lone Wolf"), and Cross-Defendant United State of America ("U.S."), through their respective undersigned counsel, submit this Stipulated Notice of Settlement.  This Notice of Settlement is provided pursuant to LRCiv, Rule 40.2(d).  Lone Wolf and the U.S. have this day reached agreement as to all the particulars of a settlement.  A Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 ("Stipulation") will be executed within the next couple of days.  The U.S. advises that it will take several weeks for the U.S. Treasury to issue a wire transfer of the agreed to funds to the trust fund of counsel for Lone Wolf.

Lone Wolf will not be in a position to agree to the filing the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act or taking any other action having the effect of terminating this case until the wire transfer is completed.

Respectfully, and with the limitations noted, Lone Wolf and the U.S. request the Court to confirm the receipt of this Stipulated Notice of Settlement and vacate all currently scheduled matters regarding the Cross-Claims to include the April 14, 2015, deadline for submitting proposed scheduling orders and the April 16, 2015, 3:00 p.m., Second Case Management Conference set pursuant to the Court's Order of March 13, 2015 (Doc. 161).

RESPECTFULLY SUBMITTED this 14th day of April, 2015.

**JARDINE, BAKER, HICKMAN & HOUSTON, P.L.L.C.**

By   s/ *Michael Warzynski*
      Bradley R. Jardine
      Michael Warzynski
      3300 North Central Avenue, Suite 2600
      Phoenix, Arizona  85012
      *Attorneys for Defendants Lone Wolf Trading Company, L.L.C. and Andre L. Howard*

2

BENJAMIN C. MIZER
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division


By      s/ *Stephen E. Handler* (with permission)

    STEPHEN E. HANDLER
    E-mail: stephen.handler@usdoj.gov
    Senior Trial Counsel
    U.S. Department of Justice
    Civil Division, Torts Branch
    1331 Pennsylvania Ave., NW
    Room 8070N
    Washington, DC 20004
    Telephone: (202) 616-4279 Facsimile: (202) 616-5200

    DEBRA COLETTI
    Trial Attorney
    E-mail: debra.coletti@usdoj.gov
    U.S. Department of Justice
    Civil Division, Torts Branch
    1331 Pennsylvania Ave., NW
    Room 8080N
    Washington, DC 20004
    Telephone: (202) 616-4296
    Facsimile: (202) 616-5200

    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants:

Stephen E. Handler
Debra R. Coletti
U.S. Department of Justice
P.O. Box 888
Washington, D.C.  20044
*Attorneys for Cross-Defendant United States of America*

Patrick J. McGroder III
Lincoln Combs
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ  85016
*Attorneys for Plaintiffs Kent Terry and Josephine Terry*

Richard Tolles
Law Office of Richard Tolles
600 West Broadway, Suite 500
San Diego, CA  92101

Timothy Patrick Garren
6430 Hitt Avenue
McLean, VA  22101
*Attorneys for Defendant Emory Hurley*

Kathleen L. Wienke
Amy L. Nguyen
Nicholas D. Acedo
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ  85226
*Attorneys for Defendants William Newell, George Gillett, David Voth, Hope MacAllister and Tonya English*

           /s  Michael Warzynski

4