# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Terry, Sr., et al., | No. CV12-2659 PHX DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| William Newell, et al., | |
| Defendants. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **June 15, 2015** without further leave of Court.

Dated this 15th day of April, 2015.

_David G. Campbell_
David G. Campbell
United States District Judge