Bradley R. Jardine, #005657
Michael Warzynski, #012928
**JARDINE, BAKER, HICKMAN & HOUSTON, P.L.L.C.**
3300 North Central Avenue, Suite 2600
Phoenix, Arizona 85012
Telephone: (602) 532-5230; (602) 532-5248
E-mail: bjardine@jbhhlaw.com/ mwarzynski@jbhhlaw.com

*Attorney for Defendants Lone Wolf Trading Company, L.L.C. and Andre L. Howard*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Terry, Sr., and Josephine Terry, in their individual capacities as the parents of Brian A. Terry, deceased, and as pending applicants to be co-Personal Representatives of the Estate of Brian A. Terry; and Julie Epperson, in her official capacity as the Personal Representative of the Estate of Brian A. Terry,<br><br>                    Plaintiffs,<br>v.<br><br>William Newell and Jane Doe Newell, a married couple; George Gillett and Jane Doe Gillett, a married couple; David Voth and Jane Doe Voth, a married couple; Hope MacAllister and John Doe MacAllister, a married couple; Tonya English and John Doe English, a married couple; William McMahon and Jane Doe McMahon, a married couple; Emory Hurley and Jane Doe Hurley, a married couple; Lone Wolf Trading Company, L.L.C., an Arizona limited liability company; and Andre L. Howard and Jane Doe Howard, a married couple,<br><br>                    Defendants. | Case No. CV-12-02659-PHX-DGC<br><br>**STIPULATED MOTION TO DISMISS CROSS-CLAIMS** |

Cross-Claimants Lone Wolf Trading Company, L.L.C., and Andre L. Howard (collectively "Lone Wolf"), and Cross-Defendant United States of America (the "United States"), through their respective undersigned counsel, submit this Stipulated Motion to Dismiss Cross Claims pursuant to the Court's Order of April 15, 2015 (Doc. 165). Attached as Exhibit 1 to this Stipulated Motion to Dismiss Cross Claims is a copy of the fully executed "Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677". The payment agreed to having been made by the U.S. Treasury and for the good cause otherwise appearing in the "Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677", Lone Wolf and the United States request the Court to dismiss the Cross-Claims with prejudice from the "Amended Separate Answer and Cross Claim" (Doc. 107) each party to bear its own costs and fees. A proposed Order is provided for the Court's consideration.

RESPECTFULLY SUBMITTED this 18th day of May, 2015.

**JARDINE, BAKER, HICKMAN & HOUSTON, P.L.L.C.**

By____s/ Michael Warzynski_____
Bradley R. Jardine
Michael Warzynski
3300 North Central Avenue, Suite 2600
Phoenix, Arizona  85012
*Attorneys for Defendants Lone Wolf Trading Company, L.L.C. and Andre L. Howard*

BENJAMIN C. MIZER
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division


By    s/ *Stephen E. Handler* (with permission)

STEPHEN E. HANDLER
E-mail: stephen.handler@usdoj.gov
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Ave., NW
Room 8070N
Washington, DC 20004
Telephone: (202) 616-4279 Facsimile: (202) 616-5200

DEBRA COLETTI
Trial Attorney
E-mail: debra.coletti@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Ave., NW
Room 8080N
Washington, DC 20004
Telephone: (202) 616-4296
Facsimile: (202) 616-5200

*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants:

Stephen E. Handler
Debra R. Coletti
U.S. Department of Justice
P.O. Box 888
Washington, D.C. 20044
*Attorneys for Cross-Defendant United States of America*

Patrick J. McGroder III
Lincoln Combs
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Plaintiffs Kent Terry and Josephine Terry*

Richard Tolles
Law Office of Richard Tolles
600 West Broadway, Suite 500
San Diego, CA 92101

Timothy Patrick Garren
6430 Hitt Avenue
McLean, VA 22101
*Attorneys for Defendant Emory Hurley*

Kathleen L. Wienke
Amy L. Nguyen
Nicholas D. Acedo
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ 85226
*Attorneys for Defendants William Newell, George Gillett, David Voth, Hope MacAllister and Tonya English*

         /s Michael Warzynski