1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF ARIZONA

8

9

10

11

12

13

Kent Terry, Sr., and Josephine Terry, in their individual capacities as the parents of Brian A. Terry, deceased, and as pending applicants to be co-Personal Representatives of the Estate of Brian A. Terry; and Julie Epperson, in her official capacity as the Personal Representative of the Estate of Brian A. Terry,

Case No. CV-12-02659-PHX-DGC

**ORDER DISMISSING
CROSS-CLAIMS**

14

Plaintiffs,

15

v.

16

17

18

19

20

21

22

23

24

25

William Newell and Jane Doe Newell, a married couple; George Gillett and Jane Doe Gillett, a married couple; David Voth and Jane Doe Voth, a married couple; Hope MacAllister and John Doe MacAllister, a married couple; Tonya English and John Doe English, a married couple; William McMahon and Jane Doe McMahon, a married couple; Emory Hurley and Jane Doe Hurley, a married couple; Lone Wolf Trading Company, L.L.C., an Arizona limited liability company; and Andre L. Howard and Jane Doe Howard, a married couple,

26

Defendants.

THE COURT having considered the Stipulated Motion to Dismiss Cross Claims filed by Cross-Claimants Lone Wolf Trading Company, L.L.C., and Andre L. Howard (collectively "Lone Wolf"), and Cross-Defendant United States of America (the "United States"), and good cause appearing;

IT IS ORDERED granting the Parties' Stipulated Motion;

IT IS FURTHER ORDERED that the Cross-Claims brought by Lone Wolf are hereby dismissed with prejudice;

IT IS FURTHER ORDERED that Lone Wolf Trading Company, L.L.C., Andre L. Howard and the United States are dismissed from this lawsuit, each party to bear its own costs and fees.