# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Terry, Sr., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Lone Wolf Trading Company, LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV12-02659-PHX-DGC<br><br>**ORDER** |

　　　The Court having considered the stipulated motion to dismiss cross claims and the United States of America (Doc. 166),

　　　**IT IS ORDERED** that the stipulated motion to dismiss (Doc. 166) is **granted.** The cross claims brought by Lone Wolf are dismissed with prejudice. Lone Wolf, Andre L. Howard and the United States are dismissed from this lawsuit, each party to bear its own costs and attorneys' fees.

　　　Dated this 18th day of May, 2015.

_David G. Campbell_
David G. Campbell
United States District Judge